UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

QUYMINE BRYE,

    Plaintiff,

v.                                                              Case No. 3:22cv9373-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.

_____/

**<u>ORDER</u>**

    The magistrate judge issued a Report and Recommendation on September 29, 2022, (ECF No. 10), recommending dismissal based on Plaintiff's failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

Case No. 3:22cv9373-LC-HTC

2.  That this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address.

3.  The clerk of court is directed to close this case.

**DONE AND ORDERED** this 2nd day of November, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv9373-LC-HTC